**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000909**
**14-FEB-2013**
**09:43 AM**

NO. CAAP-11-0000909

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ACCREDITED HOME LENDERS, INC., Plaintiff-Appellee
v.
LIMONI VAKA, Defendant-Appellant,
and
JOHN DOES 1-50, JANE DOES 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 10-1-0329(3))

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On November 23, 2011, Limoni Vaka (Appellant), through counsel Robin R. Horner (Counsel), filed a notice of appeal;

(2) The record on appeal was filed on July 13, 2012;

(3) On August 27, 2012, the court temporarily remanded this case to the circuit court to determine Counsel's motion to withdraw as counsel, and extended the time to file the opening brief to November 13, 2012;

(4) On October 31, 2012, the circuit court granted Counsel's motion to withdraw as counsel;

(5) Appellant did not file an opening brief;

(6) On January 16, 2013, the appellate clerk informed Appellant that the time for filing the opening brief had expired and, pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the court's attention on January 28, 2013, for such action as the court deems proper, which could include dismissal; and

(7) Thereafter, Appellant did not file an opening brief or respond to the notice of default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, February 14, 2013.

Presiding Judge

Associate Judge

Associate Judge